**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Juarez, ) | No. CV 11-908-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Michael Astrue, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to this Court's scheduling order (Doc. 5), Plaintiff's opening brief was due December 20, 2011. Plaintiff failed to file her opening brief by the deadline. As a result, on January 5, 2012, the Court set a show cause hearing for January 11, 2012 requiring Plaintiff to show cause why this case should not be dismissed for failure to prosecute.[1]

Plaintiff's counsel filed a written response to the order to show cause, but failed to appear for the January 11, 2012, hearing. To further give Plaintiff's counsel every opportunity to argue this case, the Court's staff called Plaintiff's counsel's office and the Court permitted Plaintiff's counsel to appear telephonically. Plaintiff's counsel sought an extension of time to file the opening brief until February 5, 2012. The Court granted that request.

---

[1] Specifically, the scheduling order warned that failure to file the opening brief would make the case subject to dismissal for failure to prosecute under Local Rule Civil 41.1. *See* Docs. 5 and 15.

1  February 5, 2012, has now come and gone, and Plaintiff still has not filed an opening
2  brief. Therefore,

3  **IT IS ORDERED** that this case is dismissed, without prejudice, for failure to
4  prosecute and failure to comply with Court Orders and the Clerk of the Court shall enter
5  judgment accordingly. *See* Doc. 5; Fed. R. Civ. Pro. 41(b); Local Rule Civil 41.1.

6  DATED this 9th day of February, 2012.

_____
James A. Teilborg
United States District Judge